# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| FREDY JAVIER ONOFRE,<br><br>Petitioner,<br><br>v.<br><br>D.H.S.,<br><br>Respondent. | Case No. 5:26-cv-05513-AH-DFM<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed, and the time for filing objections has expired.

The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation of the United States Magistrate Judge is **APPROVED** and **ACCEPTED**.

2. The Facility Administrator of the Adelanto ICE Processing Center is **ADDED** as a Respondent.

3. The Petition is **GRANTED IN PART**. Respondents shall provide Petitioner Fredy Javier Onofre (A# 246-062-205) an individualized bond

hearing before an immigration judge under 8 U.S.C. § 1226(a) within seven (7) days of the date of this Order.

4. Respondents shall file a status report within ten (10) days of the date of this Order confirming that the bond hearing has occurred and stating its outcome.

5. The Petition is **DENIED WITHOUT PREJUDICE** to the extent it seeks immediate release.

6. Judgment shall be entered accordingly.

Date: October 26, 2026

ANNE HWANG
United States District Judge