JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

FREDY JAVIER ONOFRE,

Petitioner,

v.

D.H.S.,

Respondent.

Case No. 5:26-cv-05513-AH-DFM

JUDGMENT

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that:

1. The Petition for Writ of Habeas Corpus is GRANTED IN PART.

2. Respondents are directed to provide Petitioner Fredy Javier Onofre (A# 246-062-205) an individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a) within seven (7) days of the date of the Court's Order.

3. To the extent the Petition seeks immediate release, it is DENIED WITHOUT PREJUDICE.

Date: October 26, 2026

ANNE HWANG
United States District Judge